UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA COOLEY,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>THOMAS LANDIS & PINNACLE CREDIT SERVICES, LLC,<br><br>　　　　DEFENDANTS | :<br>:<br>:<br>:<br>:　No. 3:11-cv-00775-MRK<br>:<br>:　STIPULATION OF DISMISSAL<br>:　WITH PREJUDICE<br>:<br>: |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,
ANNA COOLEY

By_____
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Ste. 512
Rocky Hill, CT 06067
Tel: 860-571-0408
Fax: 888-522-1692
E-Mail: dblinn@consumerlawgroup.com

　　　Her Attorney

THE DEFENDANTS,
THOMAS LANDIS AND PINNACLE
CREDIT SERVICES, LLC

By:_____
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel:　203-333-9441
Fax:　203-333-1489
E-Mail: jelliot@znclaw.com

　　　Its Attorneys

So Ordered: _____　　Dated: